UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PIONEER MECHANICAL
SERVICES, LLC,
    Plaintiff

Case No. 1:18-cv-890
Bertelsman, J.
Litkovitz, M.J.

vs.

HGC CONSTRUCTION CO., et al.,
    Defendants.

**ORDER**

This matter is before the Court on the status report of defendant/counterclaimant Endurance Assurance Corporation f/k/a Endurance Reinsurance Corporation of America. (Doc. 61).

The deadlines in this matter are hereby **STAYED** pending a telephone status conference in this matter before the undersigned magistrate judge on **MONDAY, JULY 15, 2019 at 3:00 p.m.**

**IT IS SO ORDERED**.

Karen L. Litkovitz
United States Magistrate Judge