# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

PIONEER MECHANICAL
SERVICES, LLC,
    Plaintiff,

vs.

HGC CONSTRUCTION CO., et al.,
    Defendants.

Case No. 1:18-cv-890
Bertelsman, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference held on July 15, 2019. In light of plaintiff's bankruptcy, it is **ORDERED** that this matter is **STAYED**. A follow-up status conference will be held on October 16, 2019 at 3:30 P.M.

**IT IS SO ORDERED.**

Date: 7/16/19

Karen L. Litkovitz
United States Magistrate Judge