## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Pioneer Mechanical Services, LLC | : | CASE NO. 1:18-cv-00890 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Hon. Judge Karen L. Litkovitz |
| | : | |
| HGC Construction Co., | : | |
| | : | |
| Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| Endurance Assurance Corporation | : | |
| | : | |
| | : | |
| Third-Party Defendant | : | |
| | : | |

---

## ORDER SUBSTITUTING PLAINTIFF AND COUNSEL

---

This matter came before the Court on the plaintiff's Motion to Substitute Plaintiff and to Substitute Counsel for Plaintiff ("Motion") pursuant to Rule 25(C) of the Federal Rules of Civil Procedure.  Upon consideration of the Motion and for good cause shown, the Court hereby orders that Natalie Lutz Cardiello, Chapter 7 Trustee for Pioneer Mechanical Services, LLC, shall be substituted as Plaintiff in this action. The Court further orders that Richard D. Nelson and Nicolas A. Zuccarelli of the firm of Cohen, Todd, Kite & Stanford, LLC shall be substituted for Wayne M. Chiurazzi and John K. Bryan of The Chiurazzi Law Group as counsel for Plaintiff in this action.

**IT IS SO ORDERED.**

Hon. Judge Karen L. Litkovitz

1059786.1