# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

PIONEER MECHANICAL
SERVICES, LLC,
    Plaintiff,

vs.

HGC CONSTRUCTION CO., et al.,
    Defendants.

Case No. 1:18-cv-890
Bertelsman, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephonic status conference held on December 19, 2019. It is **ORDERED** that this matter shall continue to be **STAYED** for **sixty (60) days** to allow the parties to further discuss an informal resolution to this matter. A follow-up status conference will be held on **February 19, 2020 at 3:00 P.M**. The parties shall be prepared to discuss whether this matter should be referred to Court-facilitated mediation and to discuss an amended Calendar Order.

**IT IS SO ORDERED.**

Date: 12/20/19

Karen L. Litkovitz
United States Magistrate Judge