# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

NATALIE LUTZ CARDIELLO  
*Chapter 7 Trustee for Pioneer Mechanical Services, LLC*,  
    Plaintiff,

vs.

HGC CONSTRUCTION CO., et al.,  
    Defendants.

Case No. 1:18-cv-890  
Bertelsman, J.  
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephonic status conference held on February 19, 2020. It is **ORDERED** that this matter shall continue to be **STAYED** for **sixty (60) days** to allow the parties to further discuss an informal resolution to this matter. No further stays will be granted absent extenuating circumstances. If the matter is not resolved, a follow-up status conference will be held on **April 20, 2020 at 3:00 P.M**. The parties shall be prepared to discuss whether this matter should be referred to Court-facilitated mediation and to discuss an amended Calendar Order.

    **IT IS SO ORDERED.**

Date: 2/19/20

Karen L. Litkovitz  
United States Magistrate Judge